Andrew M. Carroll, Esquire
427 N. Packard Str
Hammonton, NJ 08037
(856) 426-9815
AMC/0842

**UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In Re.: Newkirk, Damon | : | Chapter 13 |
| Debtor | : | Case No. 26-20489 ABA |

**NOTICE OF MOTION**

TO:
Maureen P. Steady
2 Kings Highway West
Suite 102
Haddonfield, NJ 08033

Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

KML Law Group
701 Market Street
Suite 5000
Philadelphia, Pa 19106

MidFirst Bank
999 N.W. Grand Boulevard
Oklahoma City, Ok 73118

PLEASE TAKE NOTICE that the debtors have filed papers with the Court which seek to convert the present case from a case for relief under Chapter 7 of the Bankruptcy Code to a case for relief under Chapter 13 of the Bankruptcy Code.

YOUR RIGHTS MAY BE AFFECTED. YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED. YOU SHOULD READ THESE PAPERS CAREFULLY

AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE, IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

If you do not want the Court to grant the relief sought, or if you want the Court to consider your views, then on or before October 13, 2026, seven days before this motion is to be heard by the Court, you or your attorney must do all of the following:

1. File a response, explaining your position at:

Clerk
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

2. Mail a copy of your response to the movant's attorney and to:

Maureen P. Steady
2 Kings Highway West
Suite 102
Haddonfield, NJ 08033

Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

KML Law Group
701 Market Street
Suite 5000
Philadelphia, Pa 19106

MidFirst Bank
999 N.W. Grand Boulevard
Oklahoma City, Ok 73118

3. Attend the hearing, scheduled to be held on October 20, 2026 at 10:00 A.M. in Courtroom 4B, United States Bankruptcy Court, 400 Cooper Street, 4th Floor, Camden, NJ 08101.

If you or your attorney does not take the steps described above and if you fail to attend the hearing, the Court may decide to enter the motion for the relief sought.

/s/ Andrew M. Carroll
Andrew M. Carroll
427 N. Packard St.
Hammonton, NJ 08037
(856) 426-9815 phone

October 1, 2026