| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY, CAMDEN DIVISION<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Andrew Carroll<br>427 N. Packard St<br>Hammonton, NJ 08037<br>AMC/0842<br>AndrewCarrollEsq@gmail.com<br>(856) 426-9815 | |
| In re:<br>Damon Newkirk | Case No.: 1:26-bk-20489<br>Chapter: 7<br>Adv. No.:<br>Hearing Date:<br>Judge: Andrew B. Altenburg, Jr. |

**CERTIFICATION OF SERVICE**

1. I, Andrew Carroll:

☒ represent Debtor in the this matter.

☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

☐ am the ___ in the this case and am representing myself.

2. On October 6, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
Notice of Chapter 7 Bankruptcy Case,

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 6, 2026

/s/ Andrew Carroll
Signature



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Standing Chapter 13 Trusee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Santander Consumer USA<br>3000 Kellyway Drive<br>Suite 120<br>Carrollton, TX 75006 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Bridgecrest Acceptance Corp<br>7465 E Hampton Ave<br>Mesa, AZ 85209 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Credit Acceptance<br>PO Box 513<br>Southfield, MI 48037 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| Midfirst Bank<br>999 N.W. Grand Boulevard<br>Oklahoma City, OK 73118 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com